1  **LAW OFFICE OF CHERYL K. COPPERSTONE, P.C.**
   **7211 N. Camino de la Cruz**
2  **Tucson, AZ 85741**
   **(520) 628-8888**
3
   **CHERYL K. COPPERSTONE,** Attorney for Defendant John Doe #89
4  **BAR NO. 015009**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| In Re:<br>**Digital Sin, Inc.,**<br>　　　　Plaintiff,<br>　　　　v.<br>**John Doe # 89**<br>　　　　Defendants. | Case No.  CV 12-00094-PHX-NVW<br><br>**MOTION TO QUASH SUBPOENA** |
|---|---|

　　　**COMES NOW**, Cheryl K. Copperstone, attorney for John Doe #89, identification #6802632, respectfully requesting that the Subpoena on Case Number **CV 12-00094-PHX-NVW** issued to compel Comcast Cable to produce documents revealing the identify of John Doe #89, identification #6802632 be quashed pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iv),  as disclosure of  the identify of John Doe #89 subjects John Doe #89 to an undue burden.  Should the subpoena not be quashed, Mr. John doe is subject to the undue burden of a violation of privacy and  association with a legal action that will damage his social and professional standing.  The Movant contends that the Plaintiff's litigation strategy is to seek large settlements based on the threat that defendants will suffer irreparable harm if their identities are disclosed.

　　　Furthermore, John Doe was contracted for overseas civilian technical support in national defense operations at the time the alleged infraction occurred over his residential broadband network in Arizona.  In addition, the broadband network the Movant carries at his residence is "open" and can be utilized by anyone within range of the signal.  John Doe believes that his broadband signal was used by a third party to commit the alleged infraction while he was out of country.  The Movant asserts that the Plaintiff's duty to show causation will be compromised as he was not in the country.

　　　Thus, the Movant contends that the subpoena is a pre-litigation tactic to compel the Movant to settle with the Plaintiff in order to avoid the association of the Movant's name with the unsavory legal proceedings.

　　　Enforcement of the Subpoena is unduly burdensome to John Doe #89, who has retained

1  counsel undersigned to defend his rights.

2  **WHEREFORE**, it is respectfully requested that this court quash the subpoena issued in the
3  above numbered case as and further ask that the Movant be awarded reasonable attorney's fees
4  required to defend John Doe's rights and for such other and further relief deemed just and proper.

6  **DATED** this 2nd day of April, 2012.

        /s/
    Cheryl K. Copperstone
    Attorney for John Doe #89

13  Copy of the foregoing mailed
this 2nd day of April, 2012 to:

The Carroll Law Firm, PLC
Wayne Carroll
42104 N. Venture Dr. Suite E-101
Anthem, AZ 85086
Attorney for Digital Sin, Inc.

Comcast Legal Response Center
NE & TO
650 Centerton Rd
Moorestown, NJ 08057