IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Digital Sin, Inc., | No. CV 12-00094-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Does 1–187, | |
| Defendants. | |

Before the Court is Defendant Laura Shewmaker's motion to dismiss (Doc. 20), claiming that, "[p]er [her] computer records, [she] does not have any downloads on the date and time described in the lawsuit." If this lawsuit proceeds to summary judgment or trial, Shewmaker will have an opportunity to raise this argument. The purpose of a motion to dismiss, however, is to determine whether the Plaintiff's factual claims, *if true*, would be enough to state a plausible right to relief. Accordingly, a motion to dismiss must fail if, like Shewmaker's, it is based on an argument that the Plaintiff's claims are not true.

IT IS THEREFORE ORDERED that Defendant Laura Shewmaker's motion to dismiss (Doc. 20) is DENIED.

Dated this 18th day of May, 2012.

_____
Neil V. Wake
United States District Judge