Wayne D. Carroll, (Bar No. #024120)
The Carroll Law Firm PLC
42104 N. Venture Court, Suite E-101
Anthem, AZ 85086
P. (623)551-9366; F. (623) 551-7970
Copyright@AnthemLawFirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA - PHOENIX

| | |
|---|---|
| DIGITAL SIN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1 – 187,<br><br>    Defendants. | Case No.: CV-12-0094-PHX-NVW<br><br>NOTICE OF DISMISSAL WITH PREJUDICE FOR DOES 4, 31, 60, 64, 96, 101, 125 AND 171 |

Plaintiff, by and through counsel, pursuant to Rule 41(a)(i)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses with prejudice all claims filed against Does 4, 31, 60, 64, 96, 101, 125 and 171, identified by IP addresses 174.18.223.3, 68.0.162.80, 68.226.111.231, 68.227.251.21, 70.162.23.36, 70.171.212.75, 71.228.155.143, and 97.124.87.202 respectively. Each party to bear their own fees and costs.

Submitted this day, July 20, 2012.

FOR THE PLAINTIFF:

By:   /s/ Wayne Carroll
Wayne Carroll (AZ Bar No. 024120)

ATTORNEY FOR PLAINTIFF