Wayne D. Carroll, (Bar No. #024120)
The Carroll Law Firm PLC
42104 N. Venture Court, Suite E-101
Anthem, AZ 85086
P. (623)551-9366; F. (623) 551-7970
Copyright@AnthemLawFirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA - PHOENIX

| | |
|---|---|
| DIGITAL SIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 — 187, <br><br> Defendants. | Case No.: CV-12-0094-PHX-NVW <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE FOR DOES 1-3, 5-30, 32-59, 61-63, 65-95, 97-100, 102-124, 126-153, 155-170 AND 172-187** |

Plaintiff, by and through counsel, pursuant to Rule 41(a)(i)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses without prejudice all claims filed against Does **1-3, 5-30, 32-59, 61-63, 65-95, 97-100, 102-124, 126-153, 155-170 AND 172-187**.  Each party to bear their own fees and costs. Doe 154 is not dismissed from this action.

Submitted this day, July 20, 2012.

FOR THE PLAINTIFF:

By:   /s/ Wayne Carroll
Wayne Carroll (AZ Bar No. 024120)

ATTORNEY FOR PLAINTIFF