Wayne D. Carroll, (Bar No. #024120)
The Carroll Law Firm PLC
42104 N. Venture Court, Suite E-101
Anthem, AZ 85086
P. (623)551-9366; F. (623) 551-7970
Copyright@AnthemLawFirm.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA - PHOENIX**

| | |
|---|---|
| DIGITAL SIN, INC., | Case No.: CV-12-0094-PHX-NVW |
| Plaintiff, | |
| v. | **MOTION TO FILE SUMMONS UNDER SEAL** |
| John and Jane Doe 154, husband and wife, | |
| Defendants. | |

Plaintiff, by and through counsel, asks this court to accept the summons lodged under seal, and direct the Clerk of the Court to issue the summons lodged under seal. Plaintiff has dismissed all defendants except Doe 154 in this case, and seeks to proceed against John and Jane Doe 154, whose names and address are known to Plaintiff. This Court in its April 20, 2012 order (Doc. 18) directed Plaintiff as follows: "Plaintiff may not include any Doe Defendant's personal identifying information in its filings until otherwise authorized by the Court." Pursuant to this Court's Order, Plaintiff asks this Court to accept and issue the Summons under seal, which summons identifies the true name and address of defendants identified as John and Jane Doe 154.

2

Submitted this day, July 20, 2012.

                                                FOR THE PLAINTIFF:

                                                By:   /s/ Wayne Carroll
                                                Wayne Carroll (AZ Bar No. 024120)

                                                ATTORNEY FOR PLAINTIFF