UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA - PHOENIX

| | |
|---|---|
| DIGITAL SIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> John and Jane Doe 154, husband and wife, <br><br> Defendants. | Case No.: CV-12-0094-PHX-NVW <br><br> **ORDER** <br><br> Judge: Honorable Neil V. Wake |

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE SUMMONS UNDER SEAL**

Having considered Plaintiff's Motion to file Summons under seal ("Motion"), and it appearing to the Court that there is good cause to grant the relief requested therein based upon this Court's prior order, therefore it is **ORDERED** that Plaintiff's Motion is **GRANTED**.

The Clerk of the Court shall issue the Summons lodged under seal.