IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Digital Sin, Inc., | No. CV 12-00094-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| John and Jane Doe 154, husband and wife, | |
| Defendants. | |

The Court having reviewed the Plaintiff's Motion to File Summons Under Seal (Doc. 30) filed on July 20, 2012, and good cause appearing,

IT IS ORDERED granting the Plaintiff's Motion to File Summons Under Seal (Doc. 30).

IT IS FURTHER ORDERED directing the Clerk of the Court to issue and file the Summons identifying the true name and addresses of Defendants identified as John and Jane Doe 154 under seal.

DATED this 23rd day of July, 2012.

Neil V. Wake
United States District Judge