IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Digital Sin, Inc., | ) | No. CV 12-00094-PHX-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| John and Jane Doe 154, husband and wife, | ) | |
| Defendants. | ) | |

The Court having reviewed the Plaintiff's Motion to File Declaration of Service by Private Process Server Under Seal (Doc. 37), and good cause appearing,

IT IS ORDERED granting the Plaintiff's Motion to File Declaration of Service by Private Process Server Under Seal (Doc. 37).

IT IS FURTHER ORDERED directing the Clerk of the Court to file the Declaration of Service of Private Process Server under seal.

DATED this 9th day of August, 2012.

_____
Neil V. Wake
United States District Judge