Wayne D. Carroll, (Bar No. #024120)
The Carroll Law Firm PLC
42104 N. Venture Court, Suite E-101
Anthem, AZ 85086
P. (623)551-9366; F. (623) 551-7970
Copyright@AnthemLawFirm.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA - PHOENIX

| | |
|---|---|
| DIGITAL SIN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>John and Jane Doe 154, husband and wife,<br><br>Defendants. | Case No.: CV-12-0094-PHX-NVW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE FOR DOES 110, 158 AND 187** |

Plaintiff, by and through counsel, pursuant to Rule 41(a)(i)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses with prejudice all claims filed against Does 110, 158 and 187, identified by IP addresses as listed in Exhibit A to the original filed Complaint. Each party to bear their own fees and costs.

Submitted this day, September 18, 2012.

FOR THE PLAINTIFF:

By: ___/s/ Wayne Carroll_____
Wayne Carroll (AZ Bar No. 024120)

ATTORNEY FOR PLAINTIFF