Wayne D. Carroll, (Bar No. #024120)
The Carroll Law Firm PLC
42104 N. Venture Court, Suite E-101
Anthem, AZ 85086
P. (623)551-9366; F. (623) 551-7970
Copyright@AnthemLawFirm.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA - PHOENIX

| | |
|---|---|
| DIGITAL SIN, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>John and Jane Doe 154, husband and wife,<br><br>  Defendants. | Case No.: CV-12-0094-PHX-NVW<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE FOR<br>JOHN AND JANE DOE 154** |

Plaintiff, by and through counsel, pursuant to Rule 41(a)(i)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses without prejudice all claims filed against **JOHN AND JANE DOE 154, HUSBAND AND WIFE**.  Each party to bear their own fees and costs.

Submitted this day, September 20, 2012.

FOR THE PLAINTIFF:

By:   /s/ Wayne Carroll
Wayne Carroll (AZ Bar No. 024120)

ATTORNEY FOR PLAINTIFF